1

2

3                        UNITED STATES DISTRICT COURT

4                      NORTHERN DISTRICT OF CALIFORNIA

5

6    HERBERT WILLMES,                          Case No.   14-cv-05480-VC (PR)
                          Plaintiff,
7                                              **ORDER OF TRANSFER**

8           v.

9    CLIFF ALLENBY, et al.,
                          Defendants.
10

11

12          Herbert Willmes is a civil detainee at the Coalinga State Hospital ("Coalinga") proceeding

13   *pro se*.  Willmes is detained pursuant to California's Sexually Violent Predator Act ("SVPA") and

14   has initiated an action under 42 U.S.C. § 1983, complaining about the conditions of his

15   confinement at Coalinga.  Defendants are officials of Coalinga and of the California Department of

16   Corrections and Rehabilitation in Sacramento.  Both Coalinga and Sacramento lie within the venue

17   of the United States District Court for the Eastern District of California.  Venue for this case

18   therefore lies in the Eastern District.  *See* 28 U.S.C. § 1391.

19          Willmes also complains about the validity of his assessment as a sexually violent predator

20   under the SVPA, which took place in Santa Clara County.  Challenges to the assessment itself are

21   the province of a habeas petition, not a civil rights action, because they implicate the validity of his

22   detention.  *See Hill v. McDonough*, 547 U.S. 573, 579 (2006) (challenges to the lawfulness of

23   confinement or to particulars affecting its duration are the province of habeas corpus*); Nelson v.*

24   *Sandritter*, 351 F.2d 284, 285 (9th Cir. 1965) (constitutionality of state civil commitment

25   proceedings are challenged in federal habeas corpus once state remedies have been exhausted).

26   Willmes may challenge the validity of his assessment in this court, but he must do so by way of a

27   habeas petition filed in a separate action from this civil rights case, after exhausting state judicial

28   remedies.

United States District Court
Northern District of California

Accordingly, this case is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the pending motion (dkt. 3) to proceed *in forma pauperis* is deferred to the Eastern District.

The Clerk shall transfer this matter immediately.

**IT IS SO ORDERED.**

Dated: January 26, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California