# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT WILLMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLIFF ALLENBY, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00134-SKO (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3) |

Plaintiff Herbert Willmes, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 16, 2014. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

　Dated:　**January 28, 2015**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE